UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.M., individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

BONAFIDE HEALTH, LLC,

                Defendant.

**ORDER**

25-CV-08618 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 17, 2025. (Doc. 1). Plaintiff appears to seek to file a sealed case, as the complaint names plaintiff as "M.M." Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules"), such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym. Accordingly, this action is dismissed for failure to comply with ECF Rules 6 and 14.

Plaintiff may, if they be so advised, commence a new action in accordance with ECF Rules 6 and 14. Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated: White Plains, New York
       October 20, 2025

                                      _____
                                      Philip M. Halpern
                                      United States District Judge